JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THOMAS E. M., JR.,[1]

     Plaintiff,

v.

FRANK BISIGNANO,[2]
Commissioner of Social Security
Administration,

    Defendant.

No. 2:25-cv-03922-AJR

**JUDGMENT**

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED:  July 10, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Court substitutes Commissioner Frank Bisignano as the Defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.